

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re:

**RITA RUTH TALAMANTES**

Debtor

Case No. 06-50328 RLE

Chapter 13

**ORDER TO PAY UNCLAIMED FUNDS**

It appearing that the check(s) made payable to <u>Rita Ruth Talamantes</u> in the total amount of <u>$1,500.00</u> was not cashed within the 90 day limit and an unclaimed money report was entered on <u>December 11, 2006</u> to close the account and transfer the monies to the Clerk, U. S. Bankruptcy Court, for deposit with the U.S. Treasury or the designated local depository, and

It further appearing that <u>Rita Ruth Talamantes.</u> is now claiming the above monies in the application attached hereto.

IT IS ORDERED that the Clerk of the Bankruptcy Court pay said sum of <u>$1,500.00</u> to the order of <u>Rita Ruth Talamantes, 13930 Highwood Drive, San Jose, CA  95127-3753.</u>

Dated 2/27/07

UNITED STATES BANKRUPTCY JUDGE